# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

RIVERWALK DEVELOPMENT, LLC

VERSUS

CAPITAL CROSSING SERVICING
COMPANY, LLC, ET AL.

NO.   2020 CW 0134

**APR 2 8 2020**

---

In Re:   Riverwalk Development, LLC, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2018-10696

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT